# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160376(44)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

ADAM NYMAN and SARA NYMAN,
      Plaintiffs-Appellants,

Megan K. Cavanagh,
Justices

v

SC: 160376
COA: 344213
Wayne CC: 17-012847-CB

THOMSON REUTERS HOLDINGS, INC.,
doing business as WESTLAW,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Scott T. Lashway to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2020



Clerk